UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN -5 P 12: 49

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:02CR191 (CFD) |
| | : | |
| VINCENT OJEDA, a/k/a "VINNY" and "RICKY" | : | |

FINAL ORDER OF FORFEITURE

Whereas on February 2, 2004, this Court entered a Preliminary Order of Forfeiture forfeiting, pursuant to 21 U.S.C. § 853, one 1994 Nissan Altima, VIN 1N4BU31DXRC123175, and one Mitsubishi 3000GT, VIN JA3BM54J2PY022489.

And whereas, pursuant to 21 U.S.C. § 853(n), on February 13, and February 20, 2004, the United States published in the Hartford Courant, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

And whereas on or about May 19, 2004, K &G Cars, Inc. provided the United States Attorney's Office with copies of documentation asserting a lienhold interest in the Mitsubishi 3000GT, VIN JA3BM54J2PY022489. The United States recognizes, and will satisfy K&G Cars interest from the net proceeds of the sale of said vehicle.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to 1994 Nissan Altima, VIN 1N4BU31DXRC123175, and one Mitsubishi 3000GT, VIN

JA3BM54J2PY022489, are hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party.

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property according to law.

That the Clerk of Court is directed to send four (4) certified copies of this Final Order of Forfeiture to Michael J. Gustafson, Assistant United States Attorney, P.O. Box 1824, New Haven, Connecticut 06508, as well as copies of this order to all counsel or parties of record.

SO ORDERED this 5th day of January, 2005, at Hartford, Connecticut.

_____
HONORABLE CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

2