UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR191 (CFD) |
| VS. | |
| VICENTE OJEDA | MARCH 15, 2005 |

## MOTION TO CONTINUE SENTENCING

The Defendant, Vincente Ojeda, moves that his Sentencing scheduled on March 22, 2005, be continued and rescheduled at the Court's pleasure. The reason for this request is Defense counsel is scheduled for trial in <u>USA v. Victor Riccitelli</u>, No. 3:04cr277 (PCD). This trial is expected to continue through March 24, 2005.

Assistant U.S. Attorney Michael Gustafson hereby consents and joins in this request.

                              THE DEFENDANT

                              BY_____
                                 JONATHAN J. EINHORN, ESQ.
                                 412 ORANGE STREET
                                 NEW HAVEN, CT  06511
                                 TEL NO. (203) 777-3777
                                 FED. BAR NO.  00163

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 15th day of March, 2005 to:

Michael J. Gustafson, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, Connecticut 06510

                                 _____
                                 JONATHAN J. EINHORN