UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR191 (CFD) |
| VS. | |
| VICENTE OJEDA | MARCH 15, 2005 |

## MOTION TO CONTINUE SENTENCING

The Defendant, Vincente Ojeda, moves that his Sentencing scheduled on March 22, 2005, be continued and rescheduled at the Court's pleasure. The reason for this request is Defense counsel is scheduled for trial in <u>USA v. Victor Riccitelli</u>, No. 3:04cr277 (PCD). This trial is expected to continue through March 24, 2005.

Assistant U.S. Attorney Michael Gustafson hereby consents and joins in this request.

THE DEFENDANT

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
TEL. NO. (203) 777-3777
FED. BAR NO. 00163

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid ___ day of March, 2005 to:

J. Gustafson, Esq.
t U.S. Attorney
n Street
Connecticut 06103

_____
JONATHAN J. EINHORN

[Margin annotation, left side:] GRANTED. Counsel shall submit updated sentencing memorandums in light of the Second Addendum to the Presentence Report by April 4, 2005. So ordered.

Christopher F. Droney
United States District Judge
03/21/05