UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT       HARTFORD

May 24, 2005

Kevin F. Rowe, Clerk

By: Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:02CR191(CFD) |
| v. | : |
| VINCENTE OJEDA | : May 24, 2005 |

## MOTION TO DISMISS

The United States Attorney, through the undersigned Assistant United States Attorney, respectfully requests that the Court dismiss Counts Nine and Eleven of the Indictment as they pertain to the defendant Vincente Ojeda in the above-entitled matter.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR. #ct 01503

SO ORDERED:

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut, this 6th day of June, 2005.

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion to Dismiss has been HAND-DELIVERED mailed on this 24TH day of May, 2005, to:

Jonathan Einhorn
412 Orange Street
New Haven, CT 06511

*Michael J. Gustafson*
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY