UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR191(CFD) |
| | : | |
| v. | : | |
| | : | |
| VINCENTE OJEDA | : | June 27, 2005 |

## MOTION TO DISMISS

The United States Attorney, through the undersigned Assistant United States Attorney, respectfully requests that the Court dismiss Count Nineteen of the Indictment as it pertains to the defendant Vincente Ojeda in the above-entitled matter.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR. #ct 01503

SO ORDERED:

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut, this _____ day of _____, 2005.

## CERTIFICATION OF SERVICE

  I hereby certify that a copy of the above and foregoing Motion to Dismiss has been mailed on this ____ day of June, 2005, to:

Jonathan Einhorn
412 Orange Street
New Haven, CT 06511


                     MICHAEL J. GUSTAFSON
                     ASSISTANT UNITED STATES ATTORNEY