639

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUN 29 A 11: 13

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:02CR191(CFD) DISTRICT COURT HARTFORD, CT. |
| v. | : |
| VINCENTE OJEDA | : June 27, 2005 |

## MOTION TO DISMISS

The United States Attorney, through the undersigned Assistant United States Attorney, respectfully requests that the Court dismiss Count Nineteen of the Indictment as it pertains to the defendant Vincente Ojeda in the above-entitled matter.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR. #ct 01503

2005 JUL 19 A 8: 55
DISTRICT COURT
HARTFORD, CT.
FILED

SO ORDERED:

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut, this _18_ day of _July_, 2005.