United States District Court
Abraham A. Ribicoff Federal Building
450 Main Street
Hartford, Connecticut  06103

Mr. Vicente R. Ojeda #14746-014          Date: May 14, 2006
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pennsylvania  17887

    Re: <u>United State vs Vicente R. Ojeda</u>
      Criminal No.  3:02 CR 191 (CFD)

Dear Clerk of the Court:

  My name is Vicente R. Ojeda. I was sentenced before Judge Christopher F. Droney on May 24, 2005. I was represented by appointed counsel Mr. Jonathan J. Einhorn. I was sentenced to a term of incarceration of 100 months and 4 years supervised release.

  At that time my attorney was to file a notice of appeal in reguards to a discrepancy in my sentence. I asked my attorney if a notice of appeal was filed with this court. My attorney informed me that a notice of appeal was filed, however, since then I never received any notification either by attorney or by the court itself in reguards to this matter. I am not an attorney and I think that is a little strange that an attorney will fail to inform me on the status

of my appeal. I ask this court to send me any information in respect to this matter, because I believe at this point counsel has been ineffective.

    I would appreciate a copy of my Criminal Docket Sheet to see if counsel has filed the notice of appeal. I thank you for your time.

Very truly Yours,

*Vicente Ojeda*

Vicente R. Ojeda
#14746-014

The clerk is ordered to docket this letter, send a copy of the letter to attorney Jonathan Einhorn, and send a copy of the docket sheet to the defendant. So ordered.

Christopher F. Droney
United States District Judge
06/7/06