UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vicente Ojeda | CRIMINAL NO.: 3:02CR191CFD |
| vs | |
| United States of America | February 26, 2008 |

MOTION FOR CONSIDERATION OF AMENDMENT 706
TO THE UNITED STATES SENTENCING GUIDELINES

NOW COMES, Vicente Ojeda, the defendant of the criminal case listed above and respectfully prays that the Court consider and grant this motion for adjustment in the offense level by 2 levels. In accordance with the Amendment 706 that was made retroactive by the United States Sentencing Commission.

Respectfully Submitted,

Vicente Ojeda/Pro se