UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Vicente Ojeda | : | CRIMINAL NO.: 3:02CR191CFD |
| | : | |
| vs | : | |
| | : | |
| United States of America | : | February 26, 2008 |

MEMORANDUM IN SUPPORT OF MOTION FOR CONSIDERATION

OF AMENDMENT 706 TO UNITED STATES SENTENCING GUIDELINES

Pursuant to 18 U.S.C. § 3582 c 2, the court may not modify a term of imprisonment once it has been imposed except that in a case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that was subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994 o, upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set foruth in section 3553 a to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Respectfully Submitted,

*Vicente Ojeda*

Vicente Ojeda/Pro se

CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been mailed, via first class mail, this 28 02 day of February March, 2008, to:

Michael J. Gustafson
Assistant United States Attorney
157 Church Street
New Haven, Ct 01503

Vicente Ojeda
Pro se