# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA            NO. 3:02cr191 (CFD)

VS.

VICENTE OJEDA            MARCH 14, 2008

## AMENDED MOTION FOR REAPPOINTMENT AS COUNSEL FOR THE DEFENDANT, VICENTE OJEDA

     The defendant, Vicente Ojeda, by and through undersigned counsel, requests that the Court reappoint counsel to represent Mr. Ojeda, in order to represent him for a reduction of sentence crack cocaine pursuant to 18 U.S.C. §3582(C).  In making this motion, defendant asserts that undersigned counsel represented defendant at the time of his original sentencing and is in the best position to represent at this new stage in his case.  Defendant has been incarcerated since the time of his sentencing and is otherwise without funds to pay for the services of counsel for this important motion.

     WHEREFORE, defendant respectfully moves this court to re-appoint undersigned counsel to represent defendant in his pursuit of relief and reduction of his sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines.  Defendant respectfully moves that his motion be granted.

                               RESPECTFULLY SUBMITTED,
                               DEFENDANT VICENTE OJEDA


                               BY _____
                               JONATHAN J. EINHORN, ESQ.
                               412 ORANGE STREET
                               NEW HAVEN, CONNECTICUT 06511
                               203-777-3777
                               FEDERAL BAR NO.  ct00163

**CERTIFICATION**

      I hereby certify that on March 14 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
JONATHAN J. EINHORN