# UNITED STATES DISTRICT COURT
for the

District of CONNECTICUT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VICENTE OJEDA | ) | Case No: 3:02-cr-191 (CFD) |
| | ) | USM No: 14746-014 |
| Date of Previous Judgment: MAY 24, 2005 | ) | JONATHAN EINHORN |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100__ months **is reduced to** __85 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__            Amended Offense Level: __27__
Criminal History Category: __V__          Criminal History Category: __V__
Previous Guideline Range: __140__ to __175__ months    Amended Guideline Range: __120__ to __150__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __5/24/05__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 7, 2008

/s/

Effective Date: _____
(if different from order date)

Christopher F. Droney, U.S.D.J.
Printed name and title